UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CHAMBERS,<br>        Plaintiff | : | CIVIL NO.: 3-02-CV-1894(AWT) |
| | : | |
| v. | : | |
| | : | |
| THE HEBREW HOME AND | : | |
| HOSPITAL; LINDA MCDONNELL; | : | |
| ELAINE GOLLIS; BONNIE GAUTHIER; | : | |
| DAVID HOULE AND KATHY HAMLIN, | : | |
|        Defendants | : | February 3, 2004 |

## DEFENDANTS' SECOND MOTION FOR
## EXTENSION OF DISCOVERY DEADLINES

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this

District, Defendants respectfully move this Court for a one hundred twenty (120) day extension

of the discovery deadline, from March 1, 2004 to June 1, 2004. This extension is necessary

because Plaintiff has not responded to Defendant's discovery in any way, despite the Court's

ruling granting Defendant's Motion to Compel on July 2, 2003 and ordering Plaintiff to respond

within 10 days. Defendant states the following in further support of this Motion.

1.      On October 13, 2001, the Plaintiff filed a Complaint against the Defendants but

did not serve that Complaint on any of the Defendants within the 120 day deadline imposed by

Rule 4(m) and the Complaint was dismissed.

2.      Plaintiff then re-filed her Complaint and initiated the present action on October

25, 2002. This Complaint alleges six counts as follows: violation of 42 U.S.C. Section 1981

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

(Counts One and Two); retaliation based on free speech rights in violation of Conn. Gen. Stat. § 31-51q (Count Three); defamation (Count Four); intentional infliction of emotional distress (Count Five); and negligent infliction of emotional distress (Count Six).  Plaintiff served Defendants with this Complaint in February 2003.  On April 11, 2003 Defendants Bonnie Gauthier and David Houle filed a Motion to Dismiss on the grounds that the Complaint was not served within 120 days of filing.  Plaintiff did not file an opposition and the Motion is currently pending.  The remaining Defendants filed an Answer to the Complaint.

3.      On April 22, 2003, Defendants served their First Set of Interrogatories and Requests for Production on the Plaintiff.  Plaintiff did not respond and Defendants filed a Motion to Compel responses on June 23, 2003.  Plaintiff filed no opposition to the Motion and it was granted by the Court on July 2, 2003.  Pursuant to that Order, Plaintiff was required to comply with the discovery requests by July 17, 2003.  The Court also awarded Defendants their reasonable expenses incurred in making the Motion to Compel.

4.      Plaintiff did not respond to the discovery following the Court's Order and Defendants filed a Motion to Dismiss on July 30, 2003.  The Motion to Dismiss is currently pending and Plaintiff has not opposed the Motion.

5.      To date, Plaintiff has not responded or otherwise complied in any way with Defendants' discovery as required by the Court's Order granting Defendants' Motion to Compel. *Defendants have received no response whatsoever to the discovery propounded in April 2003.*

6.      Defendants request an extension of the discovery and corresponding deadlines as Defendants would be unduly prejudiced by Plaintiff's failure to respond to discovery despite Defendants' diligent efforts to obtain responses.

7.    This is the second motion for enlargement of time to extend the discovery deadlines.

8.    The undersigned counsel for Defendants called Plaintiff's counsel to request his position on this motion and left him a voicemail message. Plaintiff's counsel has not responded.

WHEREFORE, Defendant respectfully moves for a one hundred twenty (120) day enlargement of time, up to and including June 1, 2004, for the close of discovery.

Respectfully Submitted,
JACKSON LEWIS, LLP

By:    _____

Tasos C. Paindiris (ct16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: paindirt@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

3

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent by first class mail, postage

prepaid, on this 3rd day of February 2004, to the following:

Paul M. Ngobeni, Esq.
Law Office of Paul M. Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108

_____
Tasos C. Paindiris

4