UNITED STATED DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CHAMBERS,<br>Plaintiff<br><br>v.<br><br>THE HEBREW HOME AND HOSPITAL; LINDA MCDONNELL; ELAINE GOLLIS; BONNIE GAUTHIER; DAVID HOULE AND KATHY HAMLIN,<br><br>Defendants | CIVIL NO.: 302CV1894(AWT)<br><br><br><br><br><br><br><br>MAY 28, 2003 |

## MOTION TO DISMISS FOR FAILURE TO POST BOND

Pursuant to Local Rule 83.3 of this Court, Defendants, The Hebrew Home and Hospital, Linda McDonnell, Elaine Gollis, Bonnie Gauthier, David Houle, and Kathy Hamlin, respectfully move to dismiss the Complaint in its entirety for failure by Plaintiff to post bond pursuant to this Court's Order.

In support of this Motion, Defendants represent as follows:

1. On April 11, 2003 the Court ordered Plaintiff to provide a cash deposit or bond with recognized corporate surety in the sum of $500.00 as security for costs within thirty (30) days, of April 11, 2003 (by May 12, 2003).

2. As of the date of this Motion, Plaintiff has not posted a bond or otherwise complied with the Court's Order.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DENIED, because bond was posted on June 2, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/12/04