UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
APR 11  1 42 PM '03
U.S. DISTRICT COURT
HARTFORD

BARBARA CHAMBERS,
Plaintiff,

v.

CIVIL NO. 3:02CV1894 (AWT)

THE HEBREW HOME AND HOSPITAL,
LINDA MCDONNELL, ELAINE GOLLIS,
BONNIE GAUTHIER, DAVID HOULE AND
KATHY HAMLIN,
Defendants.

APRIL 11, 2003

### DEFENDANT BONNIE GAUTHIER AND DAVID HOULE'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendants, Bonnie Gauthier and David Houle (collectively, "Defendants"), respectfully move this Court for an order dismissing Plaintiff's entire six count Complaint on the grounds that it was not served within 120 days of filing as required by Fed. R. Civ. P. 4(m).

The Complaint was filed with the Court on October 25, 2002. The Plaintiff failed to effect service on the Defendants until Monday, February 24, 2003, one hundred and twenty two (122) days later. Plaintiff's failure to serve the Complaint upon the Defendants within one hundred twenty (120) days of filing suit deprives the Court of jurisdiction over the Defendants. This Complaint should therefore be dismissed for Plaintiff's failure to satisfy the service requirements of Rule 4(m).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

[Margin annotation, rotated:] DENIED. The defendants argue that Rule 6(a) should be construed to count Saturday, February 22, 2003 as the 120th day, but there is no authority for this proposition and it is contrary to the plain language of the rule. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, 02/12/04