UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CHAMBERS,<br>     Plaintiff | CIVIL NO.: 3-02-CV-1894(AWT) |
| v. | |
| THE HEBREW HOME AND<br>HOSPITAL; LINDA MCDONNELL;<br>ELAINE GOLLIS; BONNIE GAUTHIER;<br>DAVID HOULE AND KATHY HAMLIN,<br>     Defendants | February 3, 2004 |

**DEFENDANTS' SECOND MOTION FOR
EXTENSION OF DISCOVERY DEADLINES**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this District, Defendants respectfully move this Court for a one hundred twenty (120) day extension of the discovery deadline, from March 1, 2004 to June 1, 2004. This extension is necessary because Plaintiff has not responded to Defendant's discovery in any way, despite the Court's ruling granting Defendant's Motion to Compel on July 2, 2003 and ordering Plaintiff to respond within 10 days. Defendant states the following in further support of this Motion.

1. On October 13, 2001, the Plaintiff filed a Complaint against the Defendants but did not serve that Complaint on any of the Defendants within the 120 day deadline imposed by Rule 4(m) and the Complaint was dismissed.

2. Plaintiff then re-filed her Complaint and initiated the present action on October 25, 2002. This Complaint alleges six counts as follows: violation of 42 U.S.C. Section 1981

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

DENIED, as moot.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/12/04