UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - -x
BARBARA CHAMBERS,                    :
                                     :
               Plaintiff,            :
                                     :
v.                                   : Civil No. 3:02CV1894(AWT)
                                     :
THE HEBREW HOME AND HOSPITAL;        :
LINDA MCDONNELL; ELAINE GOLLIS;      :
BONNIE GAUTHIER; DAVID HOULE; and    :
KATHY HAMLIN,                        :
                                     :
               Defendants.           :
- - - - - - - - - - - - - - - - - - -x
```

## ORDER OF DISMISSAL

Defendants' Motion to Dismiss, filed July 30, 2003, is being granted for the reasons set forth below.

The factual and procedural background in this case is set forth as of the date of the filing of the defendants' motion to dismiss in the defendants' supporting memorandum of law. See Doc. #23. On February 5, 2004, the defendants filed a second motion for extension of the discovery deadlines, which motion was made necessary by the fact that the plaintiff has not responded to the defendants' discovery in any way. This situation has persisted despite the fact that the court granted the defendants' motion to compel on July 2, 2003 and ordered the plaintiff to respond within ten days. Nor has plaintiff ever filed a response to the instant motion to dismiss.

This conduct is part of a persistent pattern on the part of the plaintiff. The plaintiff was ordered to post bond, and

failed to do so until the defendants filed a motion to dismiss for failure to post bond.  Defendants Gauthier and Houle filed a motion to dismiss on the grounds that the complaint was not served on them within 120 days of the date it was filed with the court, and the plaintiff never filed a response to that motion to dismiss.  In October 2003, the defendants moved for an extension of the discovery deadline, reporting to the court that the plaintiff had neglected to comply with the defendants' discovery requests as ordered by the court and noting that the instant motion to dismiss based on the plaintiff's failure to comply with her discovery obligations was currently pending.  As noted above, the defendants filed a section motion for extension of discovery deadlines on February 5, 2004, reporting to the court that there still had been no compliance and also reciting the fact that the instant motion to dismiss is pending.  Despite all of these notices to the plaintiff, she has not complied with the court's order with respect to her discovery obligations or filed any response to the instant motion to dismiss.  In light of the foregoing, the court agrees with the defendants that the plaintiff has blatantly ignored deadlines and a court order, and that the appropriate sanction is dismissal.

Accordingly, Defendants' Motion to Dismiss (doc. #22) is hereby GRANTED.

The Clerk shall close this case.

It is so ordered.

Dated this 12th of February, 2004 at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
United States District Judge