UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BARBARA CHAMBERS  :

    v.  :  CASE NO. 3:02CV1894 (AWT)

HEBREW HOME & HOSPITAL,  :
LINDA MCDONNELL, ELAINE GOLLIS,
BONNIE GAUTHIER, DAVID HOULE,  :
and KATHY HAMLIN

## JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, having granted the defendants' motion, and the court having entered an order of dismissal, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Hebrew Home & Hospital, Linda McDonnell, Elaine Gollis, Bonnie Gauthier, David Houle, and Kathly Hamlin, and this case is hereby dismissed.

Dated at Hartford, Connecticut, this 19th day of February, 2004.

                                                    KEVIN F. ROWE, Clerk

                                                    By   /s/
                                                         Sandra Smith
                                                        Deputy Clerk

EOD _____